IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATORIA GREENE,
a/k/a TIRZAH EL BEY,

    Petitioner,

v.                                                                                             4:17cv592–WS/EMT

CRAIG E. COIL,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (doc. 24) docketed September 21, 2018. The magistrate judge recommends that the petitioner's fifth amended § 2241 petition for writ of habeas corpus be dismissed for lack of jurisdiction. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 24) is

ADOPTED and incorporated by reference into this order of the court.

    2.  The petitioner's fifth amended petition for writ of habeas corpus (doc. 18) is DISMISSED for lack of jurisdiction.

    3.  The clerk is directed to enter judgment stating: "The petitioner's fifth amended petition for writ of habeas corpus is DISMISSED."

    DONE AND ORDERED this __23rd__ day of __October__, 2018.

                              s/ William Stafford  
                              WILLIAM STAFFORD  
                              SENIOR UNITED STATES DISTRICT JUDGE